■ VALENTINE F. PARKER, Respondent, v JUDITH R. PARKER, Appellant. —Order of the Supreme Court, Suffolk County, dated March 16, 1979, affirmed insofar as appealed from, with $50 costs and disbursements (see *Greschler v Greschler,* 71 AD2d 322). Mollen, P. J., Lazer and Margett, JJ., concur.

Damiani, J., concurs in the result on constraint of *Greschler v Greschler* (71 AD2d 322).